UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| KENNETH J. WENDORF, | ) | Case No. |
| | ) | Hon. |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## COMPLAINT FOR REFUND OF INTERNAL REVENUE TAXES

COMES NOW, the Plaintiff, Kenneth J. Wendorf, by and through his undersigned counsel, hereby files this Complaint against the Defendant, the United States of America, and alleges as follows:

## JURISDICTION & VENUE

1. This is a civil action for the recovery of internal revenue taxes erroneously or illegally assessed and collected from the Plaintiff.

2. This Court has jurisdiction over this action under 28 U.S.C. § 1346(a)(1) and 26 U.S.C. § 7422(a).

3. Venue is proper in this district under 28 U.S.C. § 1402(a)(1) because the Plaintiff resides in Lee County, Florida, which is within the Middle District of Florida.

## PARTIES

4. Plaintiff is an individual who resides at 3612 NW 14th Terrace, Cape Coral, Florida 33993.

5. Defendant, the United States of America, is the proper party defendant in this action for the recovery of internal revenue taxes.

## CAUSE OF ACTION

6. On or about April 15, 2019, Plaintiff filed a Form 1040 U.S. Individual Income Tax Return for the 2018 tax year, which reflected a tax liability of $25,875.00.

7. Plaintiff timely paid the full amount of the tax liability for the 2018 tax year on April 12, 2019.

8. On or about August 23, 2019, Plaintiff's 2018 tax return was selected for examination by the Internal Revenue Service ("IRS").

9. On or about August 23, 2021, the IRS disallowed Plaintiff's alimony deduction in the amount of $36,000, assessed additional tax of $13,545.00, an accuracy-related penalty under 26 U.S.C. § 6662(a) of $2,709.00, and accrued interest.

10. Thereafter, Plaintiff attempted to abate the assessment with the IRS administratively through a request for audit reconsideration but was subsequently denied.

11. On or about January 21, 2024, Plaintiff fully paid the accrued balance due for the 2018 tax year in the amount of $22,366.42.

12. On or about February 8, 2024, Plaintiff filed a claim for refund with the IRS by way of a Form 843 Claim for Refund and Request for Abatement. A copy of the refund claim is attached hereto as Exhibit 1.

13. The refund claim was based on the erroneous disallowance of Plaintiff's deduction for alimony payments made to his ex-spouse for the 2018 tax year. The alimony payments were made pursuant to a valid separate maintenance decree executed before December 31, 2018, and were properly deducted.

14. The refund claim sought a refund of $22,366.42 in taxes, penalties, and interest for the 2018 tax year.

15. The IRS failed to act on the refund claim for more than six months.

16. All conditions precedent to the filing of this lawsuit have been met.

## CLAIM FOR RELIEF

17. The tax assessed and collected from the Plaintiff for the 2018 tax year was erroneous and illegal.

18. Plaintiff is legally entitled to a refund of the $22,366.42 paid, plus statutory interest as provided by law.

19. By reason of the foregoing, the Defendant has been unjustly enriched.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against the United States of America and award the following relief:

a. A tax refund in the amount of $22,366.42 for the 2018 tax year.

b. Statutory interest on the amount of the refund as provided by law.

c. Plaintiff's reasonable litigation fees and costs pursuant to 28 U.S.C. § 7430.

d. Such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated: September 7, 2025

/s/ *Matthew J. Sherman*
Matthew J. Sherman (FBN:1038794)
Tax Workout Group, P.A.
150 East Palmetto Park Road, Suite 800
Boca Raton, FL 33432
Tel: (561) 861-0920
Facsimile: (866) 511-2384
msherman@Taxworkoutgroup.com
*Counsel for Plaintiff*